```
 1  KELLY A. JOHNSON
    Acting Assistant Attorney General
 2  Environment and Natural Resources Division
    United States Department of Justice
 3
    MARIA A. IIZUKA (CA 146224; D.C. 952069; MD)
 4  Environment and Natural Resources Division
    United States Department of Justice
 5  501 "I" Street, Suite 9-700
    Sacramento, CA  95814
 6  Tel: (916) 930-2202
    Fax: (916) 930-2210
 7
 8  Attorneys for Federal Defendants
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON LAUB, an individual, DEBBIE JACOBSEN, an individual, TED SHEELY, an individual, and CALIFORNIA FARM BUREAU FEDERATION, a California non-profit corporation,<br><br>   Plaintiffs<br><br>      v.<br><br>GALE A. NORTON, in her official capacity as Secretary of the Interior; U.S. DEPARTMENT OF THE INTERIOR; BENNETT RALEY, in his official capacity as Assistant Secretary for Water and Science, U.S. Department of the Interior; KIRK C. RODGERS, in his official capacity as Director, Mid-Pacific Region of the U.S. Bureau of Reclamation; U.S. BUREAU OF RECLAMATION; STEPHEN THOMPSON in his official capacity as Manager, California-Nevada Operations of the U.S. Fish and Wildlife Service; U.S. FISH AND WILDLIFE SERVICE; WILLIAM T. SEXTON, in his official capacity as Regional Executive for Water, U.S. Geological Survey; U.S. GEOLOGICAL SURVEY; MICHAEL POOL, in his official capacity as State Director, U.S. Bureau of Land Management; U.S. BUREAU OF LAND MANAGEMENT; DONALD EVANS, in his official capacity as Secretary of the U.S. Department of Commerce; | CV-F-00-6601-OWW/SMS<br><br>ORDER DENYING FEDERAL DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' SUPPLEMENTAL STATEMENT OF UNDISPUTED FACTS AND CONTINUING THE DATES FOR FILING OF REPLY BRIEFS AND FOR THE SUMMARY JUDGMENT HEARING<br><br>NO HEARING REQUIRED |

| | |
|---|---|
| 1 | U.S. DEPARTMENT OF COMMERCE; ) |
| | RODNEY R. McINNIS, in his official ) |
| 2 | capacity as Regional Administrator ) |
| | of the National Oceanic and ) |
| 3 | Atmospheric Administration ) |
| | Fisheries; NATIONAL OCEANIC AND ) |
| 4 | ATMOSPHERIC ADMINISTRATION; ) |
| | MICHAEL O. LEAVITT, in his official ) |
| 5 | capacity as Administrator of the U.S. ) |
| | Environmental Protection Agency; U.S. ) |
| 6 | ENVIRONMENTAL PROTECTION ) |
| | AGENCY; WAYNE NASTRI, in his ) |
| 7 | official capacity as Regional Administrator, ) |
| | U.S. Environmental Protection Agency; ) |
| 8 | ROBERT L. DAVIS, Brigadier General in ) |
| | his official capacity as Commander, South ) |
| 9 | Pacific Division, U.S. Army Corps of ) |
| | Engineers; MARK W. CONNELLY, ) |
| 10 | Lieutenant Colonel, Acting District Engineer,) |
| | U.S. Army Corps of Engineers; U.S. ) |
| 11 | ARMY CORPS OF ENGINEERS; JOHN ) |
| | PAUL WOODLEY, JR., in his official ) |
| 12 | capacity as Assistant Secretary for the Army ) |
| | (Civil Works); DEPARTMENT OF THE ) |
| 13 | ARMY (CIVIL WORKS); ANN M. ) |
| | VENEMAN, in her official capacity as ) |
| 14 | Secretary, U.S. Department of ) |
| | Agriculture; U.S. DEPARTMENT OF ) |
| 15 | AGRICULTURE; CHARLES BELL, in his ) |
| | official capacity as State Conservationist, ) |
| 16 | Natural Resources Conservation Service; ) |
| | NATURAL RESOURCES ) |
| 17 | CONSERVATION SERVICE; JACK A. ) |
| | BLACKWELL, in his official capacity as ) |
| 18 | Regional Forester, Pacific Southwest ) |
| | Region, U.S. Forest Service; U.S. FOREST ) |
| 19 | SERVICE; JAMES D. KESELBURG, in ) |
| | his official capacity as Regional Manager, ) |
| 20 | Sierra Nevada Region, Western Area Power ) |
| | Administration; WESTERN AREA POWER ) |
| 21 | ADMINISTRATION; JOSEPH GRAHAM ) |
| | ("GRAY") DAVIS, JR., in his individual ) |
| 22 | capacity as Governor of the State of ) |
| | California; MARY D. NICHOLS, in her ) |
| 23 | individual capacity as Secretary of the ) |
| | California Resources Agency; PATRICK ) |
| 24 | WRIGHT, in his individual capacity as ) |
| | Director of CALFED Bay-Delta Program, ) |
| 25 | Bay-Delta Authority; MICHAEL SPEAR, ) |
| | in his individual capacity as Director of ) |
| 26 | the California Department of Water ) |
| | Water Resources; ROBERT C. HIGHT, ) |
| 27 | in his individual capacity as Director of the ) |
| | Director of the California Department of ) |
| 28 | Fish and Game; PETER D. RABBON, in his ) |
| | individual capacity as General Manager, ) |
| | The Reclamation Board; MARGIT ) |

| | |
|---|---|
| ARAMBURU, in her individual capacity as Executive Director of the Delta Protection Commission; DARRYL W. YOUNG, in his individual capacity as Director of the California Department of Conservation; WILL TRAVIS, in his individual capacity as Executive Director, San Francisco Bay Conservation and Development Commission; WINSTON HICKOCK, in his individual capacity as Secretary of the California Environmental Protection Agency; CELESTE CANTU, in her individual capacity as Executive Director of the California State Water Resources Control Board; DIANA BONTA, in her individual capacity as Director, California Department of Health Services; WILLIAM (BILL) J. LYONS, JR., in his his individual capacity as Secretary of the California Department of Food and Agriculture | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

The Court, having heard the views of all counsel as to Federal Defendants' Motion to Strike "California Farm Bureau Federation's Supplemental Statement of Undisputed Facts," hereby orders as follows:

1. Federal Defendants' Motion is DENIED.

2. Both the Federal Defendants and the State Defendants will be given the opportunity to respond to the California Farm Bureau Federation's Supplemental Statement of Undisputed Facts at the time that all the reply briefs are filed.

3. The date for filing reply briefs is continued to August 24, 2005.

4. The date for the hearing on the cross motions for summary judgment is continued to September 26, 2005, at 9 a.m.

IT IS SO ORDERED.

DATE: July 14, 2005

/s/ OLIVER W. WANGER

_____
HONORABLE OLIVER W. WANGER