**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DON LAUB, et al.,** | 1:00-CV-6601 OWW SMS |
| Plaintiffs, | ORDER RE PENDING MOTIONS FOR SUMMARY JUDGMENT |
| v. | |
| **GAIL NORTON, et al.,** | |
| Defendants. | |

This lawsuit is one of several pending in state and federal court concerning the CALFED bay-delta program.  Specifically, Plaintiffs allege here that the programmatic Record of Decision ("ROD") for the Programmatic Environmental Impact Statement/Environmental Impact Report ("PEIS/EIR") does not comply with the National Environmental Policy Act ("NEPA") because it allegedly failed to consider an indirect impact, the harming of the agricultural infrastructure and resulting conversions of agricultural lands and resources.

Summary judgment briefing was completed in August 2005.  A hearing on the motions for summary judgment was initially scheduled for September 26, 2005, but was vacated to allow the court additional time to prepare for oral argument.  (Doc. 256.) Before the hearing could be rescheduled, however, the Court of Appeal for the State of California, Third Appellate District,

issued a decision vacating the ROD, finding that it violated the California Environmental Quality Act.  (*See* Doc. 259-2; In re Bay-Delta Programmatic Environmental Impact Report Coordinated Proceedings, JCCP No. 4152, filed October 7, 2005.)  On January 25, the California Supreme Court granted the state defendants' petition for review.

The parties are ordered to file a joint status report within 20 days of service of this order (1) detailing the status of the California Supreme Court case, (2) addressing whether a ruling upholding the Third Appellate District's decision would moot the pending motions for summary judgment, and (3) suggesting a schedule for further proceedings in this court.

**SO ORDERED.**
**Dated: May 24, 2006**                    /s/ OLIVER W. WANGER

_____
                    **Oliver W. Wanger**
                    **UNITED STATES DISTRICT JUDGE**