1  CHRISTIAN C. SCHEURING, SBN, 208807
   JOHN R. WEECH, SBN 218641
2  CALIFORNIA FARM BUREAU FEDERATION
   2300 River Plaza Drive
3  Sacramento, CA  95833
   Telephone:  (916) 561-5660
4  Facsimile:   (916) 561-5691

5  Attorneys for Plaintiffs
   DON LAUB, DEBBIE JACOBSEN, TED SHEELY
6  and CALIFORNIA FARM BUREAU FEDERATION

7  CHRISTOPHER H. BUCKLEY, JR., *In Pro Per*
   ALAN BICK, SBN 151452
8  GIBSON, DUNN & CRUTCHER LLP
   3161 Michelson Drive
9  Irvine, California 92612-4412
   Telephone: (949) 451-3800
10 Facsimile: (949) 451-4220

11 Attorneys for Plaintiff
   CALIFORNIA FARM BUREAU FEDERATION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON LAUB, an individual, DEBBIE JACOBSEN, an individual, TED SHEELY, an individual, and CALIFORNIA FARM BUREAU FEDERATION, A California non-profit corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>GALE A. NORTON, et al., ,<br><br>            Defendants. | CASE NO. CV F 00-6601 OWW SMS<br><br>**STIPULATION DISMISSING ACTION PURSUANT TO FRCP 41(a)(1)** |

///

///

///

Stipulation Dismissing Action                    1

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed that the complaint in the above-entitled case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Dated:  August 15, 2008         GIBSON, DUNN & CRUTCHER LLP
                                CHRISTOPHER H. BUCKLEY, JR.
                                ALAN N. BICK


                                /s/ Alan N. Bick
                                Alan N. Bick
                                *Attorneys for Plaintiff*
                                California Farm Bureau Federation

Dated:  August 15, 2008         CALIFORNIA FARM BUREAU FEDERATION
                                CHRISTIAN C. SCHEURING
                                JOHN R. WEECH


                                /s/ John R. Weech
                                John R. Weech
                                *Attorneys for Plaintiffs*
                                Don Laub, Debbie Jacobsen, Ted Sheely
                                and California Farm Bureau Federation

Dated:  August 15, 2008         RONALD J. TENPAS
                                Assistant Attorney General
                                DAVID B. GLAZER
                                ENVIRONMENTAL AND NATURAL
                                RESOURCES DIVISION
                                UNITED STATES DEPARTMENT OF JUSTICE


                                /s/ David B. Glazer
                                David B. Glazer
                                *Attorneys for Federal Defendants*

Dated:  August 15, 2008         EDMUND G. BROWN JR,
                                Attorney General of the State of California
                                DANIEL L. SIEGEL,
                                Supervising Deputy Attorney General


                                /s/  Peter Southworth
                                Peter K. Southworth
                                Deputy Attorney General
                                *Attorneys for State Defendants*

Stipulation Dismissing Action                2

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | **IT IS SO ORDERED.** |
| 2 | Dated: August 18, 2008 |

<u>/s/ OLIVER W. WANGER</u>
Oliver W. Wanger
UNITED STATES DISRICT JUDGE

Stipulation Dismissing Action                3

PDF created with pdfFactory trial version www.pdffactory.com