


# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON LAUB, et al.,<br><br>    **Plaintiffs**<br><br>v.<br><br>DEPARTMENT OF THE INTERIOR, et al.,<br><br>    **Defendants** | CASE NO. 1:00-CV-6601 OWW SMS<br><br>ORDER FOR DISBURSEMENT OF FUNDS HELD IN THE COURT REGISTRY |

    On January 31, 2002, Plaintiffs filed an appeal bond for $500.00. See Doc. No. 127. The docket indicates that the bond was paid by the California Farm Bureau Federation. See id. On November 3, 2003, the Ninth Circuit reversed and remanded the case. See Doc. No. 133. This case was later resolved on August 21, 2008, through a Rule 41(a)(1) stipulated dismissal. See Doc. No. 273. There have been no other filings in this case. However, it has come to the attention of the Court that the $500 bond was not disbursed and remains in the Court's registry.

    Over seven years have passed since the last filing in this case, and no party has contacted the Court regarding the $500.00. Given the appellate history of this case, the stipulated dismissal, and the passage of time, the Court finds it appropriate to order the disbursement of the $500.00, plus any interest that has accrued, to the California Farm Bureau Federation.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk shall disburse the $500.00 bond, plus all accrued interest, to the California Farm Bureau Federation, 2300 River Plaza Dr., Sacramento, CA 95833.

IT IS SO ORDERED.

_____        _10-9-15_
Anthony W. Ishii, Senior District Judge        Date